IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH FAHNESTOCK and LISA S. FAHNESTOCK** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **EASTERN ALLIANCE INSURANCE COMPANY,** : <br> : <br> **Petitioner,** : <br> : <br> v. : <br> : <br> **LETTERKENNY BUSINESS PARK, LP, LETTERKENNY BUSINESS PARK, II, LP, INDUSTRIAL REALTY GROUP, LLC, STUART LICHER, UNITED STATES OF AMERICA, and U.S. ARMY CORPS OF ENGINEERS, DEPARTMENT OF THE ARMY UNITED STATES GOVERNMENT,** : <br> : <br> **Defendants.** : | **Civil No. 1:13-CV-2417** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Petitioner Eastern Alliance Company's petition to intervene in this case (Doc. 43) is **DENIED** without prejudice to a subsequent petition. **IT IS FURTHER ORDERED** that Counsel for Plaintiffs shall notify Eastern at least twenty days in advance of any scheduled mediation or trial, and

shall provide Eastern with a copy of any proposed settlement agreement.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: December 21, 2016